## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:18-CR-840-JAR-NAB |
| JOHNZELL MOOREHEAD, | ) ) ) |
| Defendant. | ) |

### WAIVER OF DETENTION HEARING

I understand that the Government has filed a Motion for Detention asking the court not to set a bond for my release. After discussion with my lawyer, I want to waive (give up) my right to contest the Government's motion at a detention hearing. I understand I will be detained (held in custody) until my case is resolved.

_____        _____
Attorney for Defendant                               Defendant

Dated this 21st day of October, 2018.        Dated this 21s day of October, 2018.

### STIPULATED ORDER OF DETENTION

This matter came before the Court for a detention hearing pursuant to the Bail Reform Act, 18 U.S.C. c 3142(f). Based on the record made in open court, I find that the defendant, having been advised of his or her right to a detention hearing, has knowingly, intelligently, and voluntarily waived the right to a detention hearing at the present time, and has reserved the right to come before the Court at any future time for the purpose of a full detention hearing. The Court, having considered the pretrial services report, the stipulation of the parties, and the information contained in the record,

**IT IS HEREBY ORDERED** that the defendant be detained pending trial in this case with the provision that the defendant shall have the right at any future time to request that the Court revisit this order of detention and request a full detention hearing.

**IT IS FURTHER ORDERED** that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility, separate to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal.

**IT IS FURTHER ORDERED** that the defendant be allowed reasonable opportunity for consultation with counsel and with defense counsel's retained investigator, paralegal, or other retained expert consultant, including persons retained to conduct physical or psychological examinations. Counsel or counsel's aforesaid authorized representatives shall be permitted to bring audio or video tapes, tape players and monitors into the correctional facility for the purpose of consulting with the defendant, which equipment shall be subject to physical examination by the correctional facility personnel. Counsel shall notify and obtain authorization on an ex parte basis from the United States Marshals Service personnel prior to any physical or mental examination, and prior to bringing any audio or video tapes, tape player and monitor into a correctional facility, to permit the Marshals Service to make any necessary arrangements with the correctional facility.

**IT IS FURTHER ORDERED** that on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 22nd day of October 2018.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE